UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aloeng Kelly Vang,

    Petitioner,

v.

Tom Roy, Minnesota Commissioner of Corrections,

    Respondent.

Case No. 17-cv-71 (JNE/TNL)
ORDER

Petitioner filed a petition under 28 U.S.C. § 2254 (2012). Respondent asserted the petition should be denied and dismissed with prejudice. In a Report and Recommendation dated September 11, 2017, the Honorable Tony N. Leung, United States Magistrate Judge, recommended that Petitioner's § 2254 petition be denied, that this action be dismissed with prejudice, and that a certificate of appealability be denied. Petitioner filed objections. Respondent responded to them. Based on a de novo review of the record, *see* D. Minn. LR 72.2(b), the Court accepts the recommended disposition [Docket No. 12]. Therefore, IT IS ORDERED THAT:

1. Petitioner's § 2254 petition [Docket No. 1] is DENIED.
2. This action is DISMISSED WITH PREJUDICE.
3. A certificate of appealability is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 10, 2017

    s/ Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge